UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Joseph Trahan | § | CIVIL ACTION NO: |
| | § | |
| Plaintiff, | § | |
| | § | SECTION "   " (   ) |
| v. | § | |
| | § | |
| Hornbeck Offshore Operators, LLC, | § | |
| Hornbeck Offshore Services, Inc., | § | |
| Hornbeck Offshore Services, LLC, and | § | |
| Global Offshore Resources, LLC | § | |
| | § | |
| Defendants. | § | RULE 9(h) |

## Plaintiff's Original Complaint

Plaintiff Joseph Trahan brings this action complaining of Defendants Hornbeck Offshore Operators, LLC, Hornbeck Offshore Services, Inc., Hornbeck Offshore Services, LLC, and Global Offshore Resources, LLC (collectively as "Defendants") and would respectfully show the Court that:

### I.
### Jurisdiction

1. This claim is maintained under the Jones Act (46 U.S.C. § 30104) and/or the general maritime law of the United States.

2. The Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1333.

### II.
### Venue

3. Venue is proper because Defendants' principal place of business is in this District and/or a substantial part of the events giving rise the this claim occurred here.

### III.

### Parties

4. Plaintiff is an American citizen and resident of Louisiana. As an American seaman, Plaintiff brings this action pursuant to Section 1916, Title 28, United States Code, without the prepayment of costs or the necessity of depositing security.

5. Defendant Hornbeck Offshore Operators, LLC is a Delaware entity with its principal place of business in this District. Defendant Hornbeck Offshore Operators, LLC may be served with process though its registered agent, Corporation Service Company, 320 Somerlous Street, Baton Rouge, Louisiana 70802.

6. Defendant Hornbeck Offshore Services, Inc. is a Louisiana entity with its principal place of business in this District. Defendant Hornbeck Offshore Services, Inc. may be served with process though its registered agent, Christian G. Vaccari, 414 N. Causeway Blvd., Mandeville, Louisiana 70448.

7. Defendant Hornbeck Offshore Services, LLC, is a Delaware entity with its principal place of business in this District. Defendant Hornbeck Offshore Services, LLC, may be served with process though its registered agent, Corporation Service Company, 320 Somerlous Street, Baton Rouge, Louisiana 70802.

8. Defendant Global Offshore Resources, LLC is a Louisiana entity with its principal place of business in Louisiana. Defendant Global Offshore Resources, LLC may be served with process though its registered agent, Stan Gauthier. II, 1405 Pinhook Road, Lafayette, Louisiana 70503.

### IV.

### Nature of the Action

9. This lawsuit is necessary as a result of personal injuries that Plaintiff received on or about June 14, 2013. On or about this date, Plaintiff was employed by Defendants as a seaman and/or borrowed seaman on the HOS BRIMSTONE which was owned, operated and/or managed by Defendants. While the vessel was deployed on navigable waters and while Plaintiff, as a member of its crew, was contributing to and aiding such vessel to accomplish its mission, Plaintiff sustained serious injuries when he fell on the deck of the

vessel. As a result of Defendants' negligence, Plaintiff injured his back, neck, ankle, and other parts of his body.

10. Defendants are negligent and negligent per se for the following reasons:

   a. failure to properly supervise their crew;

   b. failure to properly train their employees;

   c. failure to provide adequate safety equipment;

   d. failure to provide adequate medical treatment;

   e. operating the vessel with an inadequate crew;

   f. failure to maintain the vessel;

   g. failure to maintain a proper lookout;

   h. vicariously liable for their employees' negligence;

   i. violating applicable Coast Guard, OSHA, and/or BOEMRE rules; and

   j. other acts deemed negligent.

11. At all relevant times, the vessel was unseaworthy.

12. As a result of said occurrences, Plaintiff sustained severe injuries to his body, which resulted in physical pain, mental anguish, and other medical problems. Plaintiff has sustained severe pain, physical impairment, discomfort, mental anguish, and distress. In all reasonable probability, Plaintiff's physical pain, physical impairment and mental anguish will continue indefinitely. Plaintiff has also suffered a loss of earnings in the past, as well as a loss of future earning capacity.

13. Plaintiff has incurred and will continue to incur pharmaceutical and medical expenses in connection with his injuries. As an American seaman, Plaintiff is also entitled to maintenance and cure. Plaintiff demands Defendants institute maintenance payments at the from the date of the incident going forward. Defendants have willfully, wantonly, arbitrarily, and capriciously failed to live up to its maintenance and cure obligations, entitling Plaintiff to an award of punitive damages and attorneys' fees. Plaintiff has been damaged in a sum far in excess of the minimum jurisdictional limits of this Honorable Court, for which he now sues.

V.

**Prayer**

Plaintiff prays that this citation issue and be served upon Defendants in a form and manner prescribed by law, requiring that the Defendants appear and answer, and that upon final hearing, Plaintiff has judgment against Defendants, both jointly and severally, in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post-judgment interests, all costs of Court, attorneys' fees, punitive damages, and all such other and further relief, to which he may show himself justly entitled.

Respectfully Submitted,

**ARNOLD & ITKIN LLP**

By: */s/ Noah Wexler*
Noah Wexler
Bar Roll No. 34995
1401 McKinney, Suite 2550
Houston, TX  77010
Tel: (713) 222-3800
Fax: (713) 222-3850

**Attorney for Plaintiff**